# EXHIBIT B

## Exhibit 1

**Exhibit 1 to the Equity Advisory Engagement Letter by and between Westwin Elements, Inc., and Woods Capital, LLC, and Woods Equity Partners, LLC.**

**Original Agreement dated February 12, 2025**

This Exhibit 1 is attached to and forms part of the Equity Advisory Engagement Letter (the "Agreement") entered into on February 12, 2025 by and between Westwin Elements, Inc. (the "Company"), and Woods Capital, LLC, and Woods Equity Partners, LLC ("collectively, WOODSC").

This Exhibit is hereby incorporated by reference into the Agreement and shall be read and interpreted in accordance with its terms. In the event of any conflict between the terms of this Exhibit and the Agreement, the terms of the Agreement shall control, unless this Exhibit expressly states otherwise.

In connection with WOODSC's engagement hereunder, the Company additionally agrees to pay WOODSC the following fees in cash, and/or securities as set forth below.

EQUITY CAPITAL RAISE:

The Equity Capital Raise is raised from the original agreement terms of **Sixty Million Dollars ($60,000,000)** to **Eighty Five Million Dollars ($85,000,000)** and can be increased to **One Hundred and Twenty-Five Million Dollars ($125,000,000)** at the discretion of the Company.

DEBT AND CREDIT FACILITIES:

1. Debt Facility Success Fee:  A fee in an amount equal to **One Percent (1%)** of Transaction Value (the "Success Fee"), shall be paid promptly upon execution of definitive agreements of the Transaction. The Company shall pay a separate Success Fee in respect of each Transaction in the event that more than one Transaction occurs.

2. Debt Facility Capital Raise Fee: Upon the first closing of any part of a Debt Facility Capital Raise, Project Financing or any funds obtained through secured financing for the Company, and upon each subsequent closing, if any, the Company shall pay to WoodsC a cash fee (each, a "Capital Raise Fee") equal to **Three Percent (3%)** of the aggregate amount of any financing irrevocably committed at or in connection with such closing.

3. For clarity, the terms "Transaction," "Transaction Value," and "Project Financing" shall have the meanings ascribed to them in the Equity Advisory Engagement Letter, unless otherwise modified herein.

4. For the avoidance of doubt, the term "Transaction" and "Capital Raise" as used in this Agreement shall be deemed to include any form of capital or funding received or irrevocably committed to the Company or its affiliates, whether dilutive or non-dilutive, including but not limited to:
    a. government grants, subsidies, incentives, refundable tax credits, forgivable loans, or any similar instruments issued by U.S. federal, state, local, tribal, or foreign governmental entities, agencies or programs;
    b. non-dilutive capital from private foundations, development finance institutions, or non-governmental organizations; and proceeds from strategic partnerships, commercial co-development arrangements, prepayment arrangements, forward purchase contracts, or any similar structures under which capital is received in exchange for future delivery of goods,

    services, or other consideration, or other funding sources that do not require the issuance of equity or debt securities.

  c. Any such funding shall be included in the calculation of all fees payable to WOODSC under this Agreement, including but not limited to the Capital Raise Fee, Debt Facility Capital Raise Fee, and all Success Fees, in accordance with the terms herein. In the event such funding is provided in kind or as a conditional commitment, the parties agree to determine a mutually agreed-upon fair market value or expected value of the committed funding at the time of receipt or agreement, which shall form the basis of fee calculation.

EXCLUSION LIST:

The Exclusion List provided with the Original Agreement includes the following: Kinterra, McQaurie, Orion, Goldmann, Lionhead Capital, Toyota, Pegasus, Engine No1, Stellantis, Transition Equity Partners, and Long Knife. The **Export-Import Bank of the United States ("EXIM Bank"), The State of Oklahoma ("OK"), and The City of Lawton, Oklahoma ("Lawton")** are hereby added to the **Exclusion List** pursuant to Section 4 of the Original Agreement. EXIM Bank, OK, and Lawton shall be treated as Excluded Parties for all purposes of the Agreement. For avoidance of doubt, all other terms and obligations of the Agreement shall apply in full to EXIM Bank, OK, and Lawton except to the extent expressly excluded under Section 4. Section 4 states that the Parties agree that the Company will provide WOODSC with a written list of up to 11 specific prospective investors (not including tax exempt bonding financing) and all current Company shareholders (the "Exclusion List") within three (3) business days of the execution of this Agreement. WOODSC shall not be entitled to any fees or compensation in connection with any investment intentions made by individuals or entities on the Exclusion List, provided such investments are originated by a binding term sheet provided to the Company and shared with WOODSC by April 15, 2025. After April 15, 2025, WOODSC shall be entitled to Two Percent (2%) equity capital raise fee compensation for any investments from such excluded parties, as outlined in this Agreement.

**IN WITNESS WHEREOF**, the parties have executed this Exhibit 1 as of the date last signed below.

WOODS CAPITAL, LLC                                  WESTWIN ELEMENTS, INC.

WOODS EQUITY PARTNERS, LLC

By: *Michael Woods*                                 By: *KaLeigh Long*

Name: Michael Woods                                 Name: KaLeigh Long

Title: President                                    Title: CEO

Date: May 1, 2025                                   May 1, 2025

## CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
XHZDK-8YRZR-YWHTB-ADW2H

**DOCUMENT COMPLETED BY ALL PARTIES ON**
05 MAY 2025 16:46:56 UTC

---

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|

**MICHAEL WOODS**

EMAIL
MICHAEL@WOODSCAP.COM

SENT
01 MAY 2025 15:25:50 UTC
VIEWED
01 MAY 2025 15:26:34 UTC
SIGNED
01 MAY 2025 15:37:45 UTC

*Michael Woods*

IP ADDRESS
104.28.55.234

LOCATION
NEW YORK, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
01 MAY 2025 15:26:34 UTC

---

**KALEIGH LONG**

EMAIL
KALEIGH@WESTWINELEMENTS.COM

SENT
01 MAY 2025 15:25:50 UTC
VIEWED
05 MAY 2025 16:46:39 UTC
SIGNED
05 MAY 2025 16:46:56 UTC

*KaLeigh Long*

IP ADDRESS
174.78.84.94

LOCATION
OKLAHOMA CITY, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
05 MAY 2025 16:46:39 UTC



Signed with PandaDoc

PAGE 1 OF 1