**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WOODS CAPITAL LLC, *et al.,*

                           Plaintiffs,

              -against-

WESTWIN ELEMENTS, INC.,

                          Defendant.
-----------------------------------------------------------------X

**25 Civ. No. 8458 (JMF)**

**<u>PRE-SETTLEMENT</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **<u>Wednesday, February 4, 2026 at 10:00 a.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 749 043 43#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference except March 2, 6 and the week of March 9, 2026.

      **SO ORDERED.**

DATED:    New York, New York
             January 15, 2026

                                    _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge