# Sterlington

April 30, 2026

**By ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: ***Woods Capital, LLC and Woods Equity Partners v. Westwin Elements, Inc.***,
  **Case No. 1:25-CV-08458 (S.D.N.Y.)**

Dear Judge Furman:

Plaintiffs/Counterclaim-Defendants Woods Capital, LLC and Woods Equity Partners, LLC ("Woods LLC") and Defendant/Counterclaim-Plaintiff Westwin Elements, Inc. ("Westwin") (Woods LLC and Westwin together, the "Parties") write to advise the Court that they have agreed to a settlement in principle that will resolve all claims and counterclaims that were raised, or could have been raised, in this matter.

The Parties respectfully request a thirty (30) day stay of all deadlines in the above-referenced action, including a thirty (30) day extension on Westwin's deadline to respond to Woods LLC's motion to compel, which deadline was so-Ordered by the Court on April 29, 2026 (*see* ECF No. 46) so the Parties may formally memorialize the terms of their settlement. Upon execution of the settlement agreement, the Parties will file a stipulation of dismissal of this action with prejudice.

|  | Respectfully submitted, |
|---|---|
| /s/ Matthew R. Yogg | /s/ Mari K. Bonthuis |
| Matthew R. Yogg | Mari K. Bonthuis |
| Davidoff Hutcher & Citron LLP | Sterlington PLLC |
| 605 Third Avenue, | 228 Park Avenue South, No. 97956 |
| New York, New York 10158 | New York, New York 10003 |
| (212) 557-7200 | (212) 433-2834 |
| (212) 286-1884 | (212) 729-3034 |
| mry@dhclegal.com | mari.bonthuis@sterlingtonlaw.com |

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 47.

SO ORDERED.

April 30, 2026